AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA )

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br>ABEL LOPEZ JARQUIN<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-mj-708 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **ABEL LOPEZ JARQUIN**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about March 22, 2025, in the Eastern District of Pennsylvania, the defendant, who is not a citizen of, and has previously been deported from, the United States, was found in the United States having not obtained permission from the Attorney General or his successor to reapply for admission to the United States, all in violation of Title 8, United States Code § 1326(a).

Date: 04/04/2025

/s/ Jose R. Arteaga
*Issuing officer's signature*

City and state: Philadelphia, Pennsylvania

Honorable Jose R. Arteaga, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*